# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-20-00572-CV

**R. Stephen McNally, Appellant**

**v.**

**Krystene Wormley Woodard, in her Capacity as Independent Executor of The Estate of Johnnie Sam Simpson Living Trust; Donna Barnes Ware; Henry Evans; and Lois Jean Bradshaw Evans, Appellees**

### FROM THE 201ST DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-94-009808, THE HONORABLE JAN SOIFER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant R. Stephen McNally desires to challenge an order denying his Motion to Retain Cause on Docket. On June 25, 2021, we sent McNally a letter asking him to explain how this Court may exercise jurisdiction over his appeal. McNally timely filed a response indicating that he had "made a diligent search for authority that such motion denials would be appealable, but ha[d] found none." Nor are we aware of any authority allowing appellate review of the disposition of such a motion. Accordingly, we dismiss McNally's appeal for want of jurisdiction. *See* Tex. Const. art. V, § 6(a); *Jack B. Anglin Co. v. Tipps*, 842 S.W.2d 266, 272 (Tex. 1992) (orig. proceeding); *Branch L. Firm L.L.P. v. Osborn*, 532 S.W.3d 1, 10 (Tex. App.— Houston [14th Dist.] 2016, pet. denied).

_____

Edward Smith, Justice

Before Justices Goodwin, Baker, and Smith

Dismissed for Want of Jurisdiction

Filed:   July 22, 2021